**Opinion issued June 18, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00060-CV

———————————

**DARYL BARNES AND DEMEATRICE GOFF, Appellants**

**V.**

**NATIONAL HOUSING DEVELOPMENT CORPORATION COLONY LLC, Appellee**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-34954**

---

**MEMORANDUM OPINION**

Appellants, Daryl Barnes and Demeatrice Goff, attempt to appeal from a September 4, 2014 order granting summary judgment to defendants. We dismiss the appeal.

Generally, a notice of appeal is due within thirty days after the judgment is signed. *See* TEX. R. APP. P. 26.1. The deadline to file a notice of appeal is extended to 90 days after the date the judgment is signed if, within 30 days after the judgment is signed, any party timely files a motion for new trial, motion to modify the judgment, motion to reinstate, or, under certain circumstances, a request for findings of fact and conclusions of law. *See id.*; TEX. R. CIV. P. 329b(a), (g). The time to file a notice of appeal may also be extended if, within 15 days after the deadline to file the notice of appeal, a party properly files a motion for extension. *See* TEX. R. APP. P. 10.5(b), 26.3. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by rule 26.1, but within the 15-day extension period provided by Rule 26.3. *See* TEX. R. APP. P. 26.1, 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (Tex. 1997).

Here, the trial court signed the final judgment on September 4, 2014, making the deadline for filing a notice of appeal October 4, 2014. *See* TEX. R. APP. P. 26.1. A motion for new trial was timely filed, extending the deadline for a notice of appeal to December 3, 3014. *Id.* The notice of appeal was not filed until

2

December 31, 2014. Without a timely filed notice of appeal, this Court lacks jurisdiction over the appeal. *See* TEX. R. APP. P. 25.1.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), (c); 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.